UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

**FILED**
SEP 28 2007
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| CHERYL A. BAKER, | * | CIV. 06-4061 |
| Plaintiff, | * | |
| -vs- | * | JUDGMENT |
| MICHAEL J. ASTRUE[1], Commissioner of Social Security Administration, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g). The case is remanded to the Commissioner for further administrative proceedings as set forth in the Court's Order of this date and as further specified in the Magistrate Judge's Report and Recommendation dated August 6, 2007.

Dated this 28th day of September, 2007.

BY THE COURT:

*Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

By *Shelly Margulies* Deputy

---

[1] Pursuant to 42 U.S.C. 405(g), Michael Astrue has been substituted for JoAnne Barnhart as the named Defendant. Mr. Astrue was sworn in as the Commissioner of the Social Security Administration on February 12, 2007.